REMAND/JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | **CV 15-6864-GW(JEMx)**; CV 15-6869; CV 15-6871; CV 15-6872; CV 15-6873; CV 15-6875; CV 15-6877; CV 15-6879; CV 15-6882; CV 15-6883; CV 15-6885; CV 15-6887; CV15-6890; CV 15-6892; CV 15-6895; CV 15-6897; CV 15-6898; CV 15-6901; CV 15-6902; CV 15-6904; CV 15-6909; CV15-6913; CV 15-6914; CV 15-6916; CV 15-6917; CV 15-6921; CV 15-6922; CV 15-6926; CV 15-6927; CV 15-6929; CV 15-6931; CV 15-6932; CV 15-6934; CV 15-6937; CV 15-6939; CV 15-6940; CV 15-6942; CV 15-6944; CV 15-6946; CV 15-6947; CV 15-6948; CV 15-6951; CV 15-6952; CV 15-6956; CV 15-6957; CV 15-6960; CV 15-6961; CV 15-6967; CV 15-6970; CV 15-6971; CV 15-6972; CV 15-6973; CV 15-6976; CV 15-6977; CV 15-6978; CV 15-6979; CV 15-6981; CV 15-6982; CV 15-6984; CV 15-6986; CV 15-6987; CV 15-6988; CV 15-6990; CV 15-6991; CV 15-6994; CV 15-6999; CV 15-7011; CV 15-7019 | Date | November 3, 2015 |
|---|---|---|---|
| Title | **IN RE BOSTON SCIENTIFIC CORPORATION** | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

None Present  None Present

**PROCEEDINGS (IN CHAMBERS):**  **FINAL RULING ON PLAINTIFF'S MOTION TO REMAND AND REQUEST FOR EXPEDITED CONSIDERATION [16]**

In light of the oral argument at the October 19, 2015 hearing, the Court will adopt its tentative as its final.  Plaintiff's Motion is GRANTED.  The Court hereby remands the above-entitled action to state court.

:

Initials of Preparer   JG